```
_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 0 6 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. CCB-07-0261
:
KEVIN ANTHONY HICKMAN :

...oOo...

## MEMORANDUM

Kevin Hickman has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) which relies on Amendment 782 of the Guidelines. After trial, and a remand after appeal, he was sentenced to 360 months imprisonment. His motion, (ECF No. 337), will be denied.

Hickman was determined to be a career offender under U.S.S.G. §4B1.1. This determination was correct. Prior to his conviction in this case, he had been convicted of distribution of heroin in 1996 and attempted distribution of a controlled dangerous substance in 2006. Neither of these convictions has been set aside. Therefore, under Fourth Circuit law Hickman is not eligible for reduction of sentence under Amendment 782. *U.S. v. Munn*, 595 F.3d 183, 187-88 (4th Cir. 2010); *see also U.S. v. Blakeney*, 540 Fed. App'x 219, 220 (4th Cir. 2013).

A separate order denying Hickman's motion is being entered herewith.

February 5, 2018 /s/
Date Catherine C. Blake
United States District Judge